EDMUND R. LEY, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 37269.) — STALEY, JR., J.

944

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli. JJ., concur in memorandum by Staley, Jr., J.